JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 16, 2010

Check No. 2010777

Check Amount: $13.61

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45886-R | 00000 | ROY LEE & VIDA CHARLINE MCPHERSON | 0 | XXXXX9090 | 1.00 | 0.00 | 1.00 |
| | | | | XXXXX3299 | | | |
| | | Original check written to: ROY LEE MCPHERSON 128 WILLOW RIDGE CIRCLE SHERMAN, TX 75092 | | | | | |
| 05-40664-R | 00000 | JOHN E. & MARINA B. REYNOLDS | | XXXXX6993 | 12.11 | 0.00 | 12.11 |
| | | | | XXXXX6229 | | | |
| | | Original check written to: JOHN E. REYNOLDS 4804 HAVERWOOD LANE APT 1011 DALLAS, TX 75287-4317 | | | | | |
| 06-50034-R | 00000 | TOMMY E. & STEPHANIE Y. NORTON | 0 | XXXXX3706 | 0.50 | 0.00 | 0.50 |
| | | | | XXXXX0460 | | | |
| | | Original check written to: TOMMY E. NORTON 2404 STEVENSON STREET TEXARKANA, TX 75501 | | | | | |
| | | | | **TOTALS** | $13.61 | $0.00 | $13.61 |